■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VILIMAA TRAHAN, Appellant. [997 NYS2d 918]—

Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Cohen, J.), imposed March 22, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Foy*, 89 AD3d 1103, 1103 [2011]). Eng, P.J., Dillon, Leventhal, Cohen and Maltese, JJ., concur.